# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

ISHMAEL BEY,

                Plaintiff,

   v.                                  Case No. 14-13380
                                        Hon. Terrence G. Berg

THIRD CIRCUIT COURT FOR
THE COUNTY OF WAYNE, et al.,

                Defendants.

_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

This case was filed with the federal court on September 12, 2014.
On October 9, 2015, the Court ordered that Plaintiff file an amended
complaint by October 26, 2015. As of October 30, 2015, the Court has
not received an amended complaint nor has Plaintiff responded to that
order. As part of its inherent authority to manage its docket, the Court
has the power to dismiss a complaint *sua sponte* for failure to prosecute.
*Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, it is ORDERED that the above-captioned case shall be DISMISSED WITHOUT PREJUDICE for failure to prosecute.


Dated:  October 30, 2015                    s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            U.S. DISTRICT JUDGE


## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.


Dated:  October 30, 2015              By:  s/K. Winslow
                                           Case Manager Generalist